JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MUSTAFA ASLAN,

                                    Petitioner,

              v.

FERETI SEMAIA et al,

                                    Respondent.

Case No. 5:26-cv-02347-MAR

JUDGMENT

       Pursuant to the Order Granting the Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Mustafa Aslan (A-Number 235-913-293)** from custody on his prior conditions of release and immediately return any confiscated property or documents. Respondents are **ORDERED** not to re-detain Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof. Petitioner shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community.

Dated: July 1, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge